

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00225-CV

**Shamrock Management, LLC**

**v.**

**Dune Energy, Inc.**

NO. CV-0059024-A IN THE COUNTY COURT AT LAW NO 1 OF GALVESTON COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 12/05/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 10/29/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 08/29/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 08/07/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 08/06/2014 | E-PAID | ANT |
| RPT RECORD | $8,144.00 | 07/14/2014 | PAID | APE |
| CLK RECORD | $2,421.00 | 04/25/2014 | PAID | ANT |
| FILING | $175.00 | 04/03/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 04/03/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $10,810.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby

certify that this is a true statement of the costs of appeal in this case.

IN TESTIMONY WHEREOF, witness my hand and the seal of the Court of Appeals for the First District of Texas, this January 29, 2015.

CHRISTOPHER A. PRINE
CLERK OF THE COURT